The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIPLEX CONSTRUCTION, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY; a foreign corporation,<br><br>Defendant. | NO. 2:21-cv-01608-MJP<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## STIPULATION

COME NOW Uniplex Construction, LLC and Ohio Security Insurance Company, by and through their attorneys of record, hereby agree and stipulate that all claims asserted in the above-entitled matter are dismissed with prejudice and without costs or attorneys' fees.

DATED this 18th day of March, 2022.

BULLIVANT HOUSER BAILEY

*/s/ Jared F. Kiess*
Michael A. Guadagno, WSBA #34633
michael.guadagno@bullivant.com
Jared F. Kiess, WSBA #54532
Jared.kiess@bullivant.com
Bullivant Houser Bailey
925 Fourth Avenue. Suite 3800
Seattle, WA 98104
*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 1
[2:21-cv-01608-MJP]

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

ASHBAUGH BEAL LLP

*/s/ James Grossman*
Richard T. Beal, Jr., WSBA #9203
rbeal@ashbaughbeal.com
James Grossman, WSBA #55843
jgrossman@ashbaughbeal.com
701 5th Avenue, Suite 4400
Seattle, WA 98104
*Attorneys for Uniplex Construction, LLC*

## ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this ___ day of _____, 2022.

_____
The Honorable Marsha J. Pechman
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY

*/s/ Jared F. Kiess*
Michael A. Guadagno, WSBA #34633
michael.guadagno@bullivant.com
Jared F. Kiess, WSBA #54532
Jared.kiess@bullivant.com
Bullivant Houser Bailey
925 Fourth Avenue. Suite 3800
Seattle, WA 98104
*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2
[2:21-cv-01608-MJP]

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1  ASHBAUGH BEAL LLP

2  */s/ James Grossman*
Richard T. Beal, Jr., WSBA #9203
3  rbeal@ashbaughbeal.com
James Grossman, WSBA #55843
4  jgrossman@ashbaughbeal.com
701 5th Avenue, Suite 4400
5  Seattle, WA 98104
*Attorneys for Uniplex Construction, LLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 3
[2:21-cv-01608-MJP]

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Michael A. Guadagno
>michael.guadagno@bullivant.com
>Jared F. Kiess
>Jared.kiess@bullivant.com
>Bullivant Houser Bailey
>925 Fourth Avenue. Suite 3800
>Seattle, WA 98104
>*Counsel for Defendant*

Dated March 18, 2022 in Seattle, Washington.

*s/ Citty Brugalette*
Citty Brugalette, Legal Assistant
cbrugalette@ashbaughbeal.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 4
[2:21-cv-01608-MJP]

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400